**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELEANOR CAPOGROSSO

                Plaintiff,

against

NEW YORK STATE COMMISSION
ON JUDICIAL CONDUCT,
RAOUL FELDER (INTENDED TO BE
CHAIR OF THE NEW YORK STATE COMMISSION
ON JUDICIAL CONDUCT),
HON. FERN FISHER BRANDVEEN
HON. MARTIN A. SHULMAN
HON. JOAN B. CAREY
HON. CAROL R. EDMEAD
HON. EILEEN A. RAKOWER
HON. JEFFREY K. OING
HON. GEOFFREY D. WRIGHT
HON. JOAN M. KENNEY
SARAH JO HAMILTON

                Defendants.

------------------------------------------------------------X

Index# 08 CV 0526

NOTICE OF DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

    PLEASE TAKE NOTICE, that Eleanor Capogrosso, appearing Pro Se, hereby withdraws, pursuant to Rule 41, the above entitled action, without prejudice.

Dated: New York, New York
       April 10, 2008

                                      Eleanor Capogrosso, Pro Se
                                      122 East 42nd St #1616
                                      New York, NY 10168
                                      (212)509-7700

TO: Monica A. Connell Esq.
      Office of the Attorney General
      120 Broadway
      New York, NY 10271-0332

*Approved.*
*So ordered.*
*Thomas P. Griesa*
*USDJ  4/15/08*